**Order entered October 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00572-CR

### LARRY BUDOW, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 9
### Dallas County, Texas
### Trial Court Cause No. MA-1645409

## ORDER

By order dated September 14, 2016, the Court ordered court reporter Sandra L. Morelan to file, on or before September 28, 2016, a supplemental reporter's record containing copies of the 911 calls admitted into evidence as State's Exhibits 3, 8, and 9. To date, Ms. Morelan has not done so nor has she communicated with the Court about the exhibits.

We **ORDER** court reporter Sandra L. Morelan to file a supplemental reporter's record containing copies of the 911 calls admitted into evidence as State's Exhibits 3, 8, and 9 within **TEN DAYS** of the date of this order. If Ms. Morelan fails to file the supplemental record by that date, the Court will utilize its available remedies, which may include ordering that Sandra L. Morelan not sit as a court reporter until she files the supplemental reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Peggy Hoffman, Presiding Judge, County Criminal Court No. 9; Sandra L. Morelan, court reporter; and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE